IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAISY SHARON,

    Plaintiff,

vs.                             CASE NO. 3:10-cv-198/RS-MD

SHERRYLE GIVENS, PETER GIVENS,
RICHARD GIVENS, GEICO GENERAL
INSURANCE COMPANY, and STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER

The relief requested in Defendant Peter Givens' Consent Motion for Leave to Appear at Mediation by Telephone (Doc. 33) is **granted**.

**ORDERED** on September 10, 2010

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**