IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAISY SHARON,

    Plaintiff,

vs.        CASE NO. 3:10cv198/RS-MD

SHERRYLE GIVENS; PETER GIVENS;
RICHARD GIVENS; GEICO GENERAL
INSURANCE COMPANY; and STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY,

    Defendants
_____/

## ORDER

Before me is the Stipulation For Dismissal (Doc. 53). I will not enter the proposed order of dismissal provided by the attorneys, which is prolix and replete with archaic legalisms. Short, plain English will suffice.

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on February 24, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**